NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-1590

RANDI BLACK,

Plaintiff-Appellant,

v.

CE SOIR LINGERIE CO., INC., BRAGEL INTERNATIONAL, INC.,
DILLARD'S, INC., FEDERATED DEPARTMENT STORES, INC., GAP, INC.,
THE NEIMAN MARCUS GROUP, INC., NORDSTROM, INC.,
and VICTORIA'S SECRET STORES, L.L.C.,

Defendants-Appellees.

Gregory S. Dovel, Dovel & Luner LLP, of Santa Monica, California, argued for plaintiff-appellant.

Edward R. Schwartz, Christie, Parker & Hale, LLP, of Pasadena, California, argued for defendants-appellees.

Appealed from: United States District Court for the Eastern District of Texas

Magistrate Judge John D. Love

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-1590

RANDI BLACK,

Plaintiff-Appellant,

v.

CE SOIR LINGERIE CO., INC., BRAGEL INTERNATIONAL, INC.,
DILLARD'S, INC., FEDERATED DEPARTMENT STORES, INC., GAP, INC.,
THE NEIMAN MARCUS GROUP, INC., NORDSTROM, INC.,
and VICTORIA'S SECRET STORES, L.L.C.,

Defendants-Appellees.

# Judgment

ON APPEAL from the     United States District Court for the Eastern District of Texas

in CASE NO(S).     2:06-CV-544

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (MICHEL, Chief Judge, SCHALL and LINN, Circuit Judges).

AFFIRMED. See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED April 2, 2009          /s/ Jan Horbaly
                             Jan Horbaly, Clerk